**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-61562-CIV-SMITH/SHAW-WILDER**

SYLENA LYDIA DRYDEN,

Plaintiff,

vs.

STACEY BAIN, *ET AL.*,

Defendants.
______________________________________/

**ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE**

This matter is before the Court upon Magistrate Judge Shaw-Wilder's Report and Recommendation to Dismiss Case without Prejudice [DE 18], recommending dismissal of Plaintiff's Complaint. As noted in the Report and Recommendation, Plaintiff was ordered to file an amended complaint by September 25, 2026, and warned that failure to do so would result in dismissal of this action. Plaintiff failed to file an amended complaint. Plaintiff also has not filed objections to the Report and Recommendation. Accordingly, it is

**ORDERED** that:

1) Magistrate Judge Shaw-Wilder's Report and Recommendation to Dismiss Case without Prejudice [DE 18] is **AFFIRMED and ADOPTED** and incorporated by reference into this Court's Order.

2) This case is **DISMISSED without prejudice.**

3) All pending motions are **DENIED as moot.**

4) This case is **CLOSED.**

**DONE and ORDERED** in Fort Lauderdale, Florida, this 15th day of October, 2026.

**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**

cc: All Counsel of Record